IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARIO MORALES, et al.,

      Plaintiffs,

      v.

GLYNN COUNTY, GEORGIA, et al.,

      Defendants.

CIVIL ACTION NO.: 2:22-cv-24

**SECOND AMENDED SCHEDULING ORDER**

The matter is before the Court on the parties' Consent Motion for Extension of Discovery. Doc. 17. The parties request the Court extend all discovery deadlines by 60 days. Id. at 1. The parties indicate Plaintiff served nine sets of discovery on October 28, 2022; however, they still require additional time to complete written discovery and depositions. Id. at 2. For good cause shown, the Court **GRANTS** the Motion and enters the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Written Discovery | January 9, 2023[1] |
| Discovery Depositions of Fact Witnesses | March 9, 2023 |
| Service of Plaintiffs' Expert Witness Reports | March 23, 2023 |
| Service of Defendants' Expert Witness Reports | April 7, 2023 |
| Discovery Status Report[2] | May 1, 2023 |

---

[1]     Written discovery requests shall be served far enough in advance of this deadline to allow timely responses.

[2]     A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

| Discovery Status Conference | May 4, 2023 |
|---|---|
| Discovery Depositions of Expert Witnesses | May 9, 2023 |
| All Civil Motions (Including <u>Daubert</u> Motions; Excluding Motions in Limine) | June 7, 2023 |
| Depositions of All Witnesses Taken for Use at Trial | July 10, 2023 |
| Proposed Pre-Trial Order | August 14, 2023 |

All other deadlines and instructions in the Court's previous Scheduling Orders remain in full force and effect.  Docs. 14, 16.

**SO ORDERED**, this 2nd day of December, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2