IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MARIO MORALES, MARISSA TINDALE, and ANGELA SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> GLYNN COUNTY, GEORGIA, SAMMY TOSTENSEN, CAP FENDIG, WAYNE NEAL, BILL BRUNSON, ALLEN BOOKER, DAVID O'QUINN, WALTER RAFOLSKI, and ALAN OURS, <br><br> Defendants. | ) ) ) ) ) Civil Action No. 2:22-cv-024-LGW-BWC ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

Come now Plaintiffs Mario Morales, Marissa Tindale and Angela Smith, and Defendants Glynn County, Georgia, Sammy Tostensen, Cap Fendig, Wayne Neal, Bill Brunson, Allen Booker, David O'Quinn, Walter Rafolski, and Alan Ours, and, per Fed. R. Civ. P. 41(a)(1)(A)(ii), file this Stipulation of Dismissal without prejudice signed by counsel for all parties who have appeared. The parties will bear their own costs.

This *23rd* day of March, 2023.

ESHMAN BEGNAUD LLC

*/s/ Mark Begnaud*
MARK BEGNAUD
Georgia State Bar No. 217641
MICHAEL J. ESHMAN
Georgia State Bar No. 365497

315 W. Ponce De Leon Ave.
Suite 775
Decatur, GA 30030
(404) 665-9601
(404) 393-5019 (facsimile)
mbegnaud@eshmanbegnaud.com
Meshman@eshmanbegnaud.com

|  |  |
|---|---|
|  | JASON CLARK, P.C. |
|  |  |
|  | */s/ Jason Randall Clark* |
|  | JASON RANDALL CLARK |
|  | Georgia State Bar No. 127181 |
| 2225 Gloucester Street | |
| Brunswick, GA  31520 | Attorneys for Plaintiffs |
| (912) 264-1999 | |
| jason@jasonclarkpc.com | |
|  | OLIVER MANER LLP |
|  |  |
|  | */s/ Patrick T. O'Connor* |
|  | PATRICK T. O'CONNOR |
|  | Georgia State Bar No. 548425 |
|  |  |
|  | */s/ Patricia T. Paul* |
|  | PATRICIA T. PAUL |
|  | Georgia State Bar No. 697845 |
| 218 W. State Street | Attorneys for Defendants |
| P. O. Box 10186 | |
| Savannah, Georgia  31412 | |
| (912) 236-3311 | |
| pto@olivermaner.com | |
| ppaul@olivermaner.com | |
|  | */s/ Aaron Mumford* |
|  | AARON MUMFORD |
|  | Georgia State Bar No. 529370 |
|  | Glynn County Attorney |
| 701 G Street | |
| Brunswick, GA  31520 | Attorney for Defendant Glynn County |
| (912) 554-7470 | |
| amumford@glynncounty-ga.gov | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MARIO MORALES, MARISSA TINDALE, ) <br> and ANGELA SMITH, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GLYNN COUNTY, GEORGIA, ) <br> SAMMY TOSTENSEN, CAP FENDIG, ) <br> WAYNE NEAL, BILL BRUNSON, ) <br> ALLEN BOOKER, DAVID O'QUINN, ) <br> WALTER RAFOLSKI, and ALAN OURS, ) <br> ) <br>     Defendants. ) | Civil Action No. 2:22-cv-024-LGW-BWC |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This _23rdt_ day of March, 2023.

ESHMAN BEGNAUD LLC

_/s/ Mark Begnaud_
MARK BEGNAUD
Georgia State Bar No. 217641
MICHAEL J. ESHMAN
Georgia State Bar No. 365497

Attorneys for Plaintiffs

315 W. Ponce De Leon Ave.
Suite 775
Decatur, GA 30030
(404) 665-9601
(404) 393-5019 (facsimile)
mbegnaud@eshmanbegnaud.com
Meshman@eshmanbegnaud.com